567 A.2d 1042

**Hattie TRINSEY, Appellant,**

v.

**HOME MUTUAL INSURANCE COMPANY OF PENNSYLVANIA and John A. Turley, Jr.**

Supreme Court of Pennsylvania.

Argued Dec. 14, 1989.

Decided Jan. 5, 1990.

Stephen R. Sosnov, Norristown, for appellant.

Marc Myers, Philadelphia, for Home Mut. Ins. Co.

Janet Mason, Philadelphia, Harry Sablosky, Norristown, for John A. Turley.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.